Thomas Blake, plaintiff in error, v. The Alton Railroad Company, defendant in error. Gen. No. 37,299.

Opinion filed October 24, 1934.

Irving G. Zazove and S. E. Quindry, for plaintiff in error. Winston, Strawn & Shaw, for defendant in error; Silas H. Strawn, Chas. J. Calderini and Thomas A. Reynolds, of counsel.

Mr. Justice Wilson delivered the opinion of the court.